FILED: October 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2103
(2:20-cv-04277-JD)
_____

KEITH LYNN; JENNIFER LYNN

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Joint appendix due: 12/18/2023

Opening brief due: 12/18/2023

Response brief due: 01/16/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk