# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 17, 2023

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No. 23-2103,   <u>Keith Lynn v. US</u>
              2:20-cv-04277-JD

TO:   Jennifer Lynn
      Keith Lynn

REQUESTED FORM(S) DUE:  November 20, 2023

The form identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[x] [Disclosure Statement](#)

Cyndi Halupa, Deputy Clerk
804-916-2704