FILED: December 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2103
(2:20-cv-04277-JD)

_____

KEITH LYNN; JENNIFER LYNN

      Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Joint appendix due: 02/15/2024

Opening brief due: 02/15/2024

Response brief due: 03/15/2024

Any reply brief: 21 days from service of response brief.

                      For the Court--By Direction

                      /s/ Nwamaka Anowi, Clerk