No. 23-2103

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

KEITH LYNN and JENNIFER LYNN,
*Plaintiffs-Appellants*

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**MOTION TO SUBSTITUTE PARTY AND
AMEND CAPTION**

Jennifer Lynn, Appellant and Personal Representative of the Estate of Keith Lynn, moves this Court for Jennifer Lynn's substitution in place of her late husband, and to amend the caption to reflect her full name. *See* Fed. R. App. P. 43. As evidenced by Exhibit A, Jennifer L. Beckett-Lynn was appointed the personal representative of the Estate of Keith Lynn, deceased, on December 1, 2023. After substitution and amendment, the caption would read: "Jennifer L. Beckett-Lynn, individually and as Personal Representative of the Estate of Keith Lynn v. United

States of America".

As undersigned counsel is already the attorney for Jennifer Lynn and Stephen DeAntonio is counsel for the Estate of Keith Lynn (Exhibit B), no further service of this motion is necessary.

The undersigned certifies that he consulted with Respondent's counsel regarding this motion prior to its filing.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: 01/29/2024 | /s/ Jason Scott Luck |

Jason Scott Luck
P.O. Box 47
Bennettsville, SC 29512
843.479.6863
jason@luck.law

Paul E. Tinkler
William P. Tinkler
TINKLER LAW FIRM, LLC
P.O. Box 31813
Charleston, SC 29417
843.853.5203
paultinkler@tinklerlaw.com
williamtinkler@tinklerlaw.com

Stephen F. DeAntonio
DeANTONIO LAW FIRM, LLC
P.O. Box 30069
Charleston, SC 29417
843.577.8080
sdeantonio@deanlawfirm.com

*Counsel for Plaintiffs-Appellants*