# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2024

_____

RESPONSE REQUESTED

_____

No. 23-2103,   Keith Lynn v. US
              2:20-cv-04277-JD

TO:     United States of America

RESPONSE DUE: 02/09/2024

Response is required to the motion to substitute party and amend caption on or before 02/09/2024.

Cyndi Halupa, Deputy Clerk
804-916-2704