# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 23-2103

KEITH LYNN and JENNIFER LYNN,

                          Appellants,

  v.

UNITED STATES OF AMERICA

                          Appellee.

## RESPONSE TO MOTION TO SUBSTITUTE PARTY AND AMEND CAPTION

The United States of America does not object to Appellants' Motion to Substitute Party and Amend Caption, Docket Number 15.

                                                      Respectfully submitted,

                                                      ADAIR F. BOROUGHS
                                                      UNITED STATES ATTORNEY

                                 BY:  *s/ Martin L. Holmes, Jr.*
                                               Martin L. Holmes, Jr.
                                               Assistant United States Attorney
                                               151 Meeting Street, Suite 200
                                               Charleston, South Carolina 29401
                                               (843) 727-4381
                                               martin.holmes@usdoj.gov