FILED: February 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2103
(2:20-cv-04277-JD)
_____

JENNIFER L. BECKETT-LYNN, individually and as Personal Representative of the Estate of Keith Lynn

   Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

   Defendant - Appellee

_____

O R D E R
_____

   The court substitutes Jennifer L. Beckett-Lynn for Keith Lynn, deceased, as a party to this proceeding.

   For the Court--By Direction

   /s/ Nwamaka Anowi, Clerk