**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 6, 2024

_____

No. 23-2103
(2:20-cv-04277-JD)

_____

JENNIFER L. BECKETT-LYNN, individually and as Personal Representative of the Estate of Keith Lynn

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Cyndi Halupa, Deputy Clerk
804-916-2704