# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 15, 2024

_____

## DOCKET CORRECTION NOTICE
_____

No. 23-2103,   <u>Jennifer Beckett-Lynn v. US</u>
            2:20-cv-04277-JD

TO:   Jennifer Lynn

BRIEF OR JOINT APPENDIX CORRECTION DUE:  February 20, 2024

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [x] <u>See Checklist</u>: Please make corrections identified on attached checklist. |
| [x] It appears that the joint appendix in this case contains references to information that should be redacted.  Please redact the date of birth on page 118 and 120. |

Please refer to the Sealed & Confidential Materials Memo for guidance.

Cyndi Halupa, Deputy Clerk
804-916-2704