APPEAL NO. 23-2103

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**KEITH LYNN and JENNIFER LYNN,**

    *Plaintiffs-Appellants*,

*versus*

**UNITED STATES OF AMERICA,**

    *Defendant-Appellee*.

## MOTION TO WITHDRAW AS COUNSEL

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 46(c), to withdraw William H. Jordan as counsel of record in the above-captioned case. Mr. Jordan is leaving his position with the Department of Justice effective June 14, 2025. Attorneys Lee Berlinsky and Martin Holmes will continue to represent the United States in this matter.

**[SIGNATURE BLOCK FOLLOWING]**

1

                                  Respectfully submitted,

                                  BRYAN P. STIRLING
                                  UNITED STATES ATTORNEY

                    By:    */s/ William H. Jordan*
                                  William H. Jordan
                                  Assistant United States Attorney
                                  1441 Main Street, Suite 500
                                  Columbia, South Carolina 29201
                                  Telephone: (803) 929-3000
                                  Email: William.Jordan@usdoj.gov

May 30, 2025