FILED: May 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2103
(2:20-cv-04277-JD)

_____

JENNIFER L. BECKETT-LYNN, individually and as Personal Representative of the Estate of Keith Lynn

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

_____

O R D E R
_____

The court grants the motion of William H. Jordan to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk