FILED: October 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2103
(2:20-cv-04277-JD)

_____

JENNIFER L. BECKETT-LYNN, individually and as Personal Representative of the Estate of Keith Lynn

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK