FILED: November 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2103
(2:20-cv-04277-JD)

_____

JENNIFER L. BECKETT-LYNN, individually and as Personal Representative of the Estate of Keith Lynn

        Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

        Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered October 3, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*