# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>N. MYRTLE BEACH, SOUTH CAROLINA | **JEROME (JERRY) WOODS, II**<br>CIRCUIT MEDIATOR<br>ELKRIDGE, MARYLAND<br>(410) 540-4955<br>Jerry_Woods@ca4.uscourts.gov | **ROBIN R. TIDWELL**<br>CIRCUIT MEDIATOR<br>LEXINGTON, SOUTH CAROLINA |

October 30, 2023

Re: 23-2103, Keith Lynn v. US

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter confirms that the mediation conference has been rescheduled for **December 5, 2023**, at **1:00 p.m.** EASTERN. You must provide our office with a direct telephone number for everyone participating in case of technical difficulties.

Thank you for your assistance in this matter.

Sincerely,

Jerome (Jerry) Woods, II
Circuit Mediator

Copies:  Lee Berlinsky
Stephen F. Deantonio
Martin L. Holmes Jr.
Jason Scott Luck
Paul Everett Tinkler
William Paul Tinkler